**DISTRICT OF OREGON**
# FILED
**September 30, 2025**

**Clerk, U.S. Bankruptcy Court**

09/30/2025                                                                                          Judge  Teresa H Pearson

| | | |
|---|---|---|
| 10:00 25-32758-thp11 | C-Channel Lofts, LLC - db | NICHOLAS J HENDERSON |
| | Kevin Cavenaugh - db rep | NICHOLAS J HENDERSON |
| | Wilmington Savings Fund Society, FSB - cr | RAMINTA RUDYS |
| | US Trustee, Portland -ust | CHRISTIAN TORIMINO |

**Matter: Case Management Conference**

Summary of Proceedings

Mr. Sexton explained the history of the case to the court.  The court confirmed that some utilities (waste management and internet) are paid by the debtor, but were not included in the budget. Mr. Sexton said he will review the budget and revise if necessary.  The court will sign the order on the utility motion, but required debtor to serve the motion on the electric and cable providers.

The court inquired about Mr. Torimino's position on the application to employ counsel.  Mr. Torimino explained he found a discrepancy on the application, but discussed the issue with Mr. Sexton and is satisfied with the application.  Ms. Rudys did not object to the motion to employ.  The court will sign an order on the application.

Ms. Rudys expressed her concerns regarding an inaccurate statement of financial affairs and the debtor's ability to make adequate protection payments.  Mr. Torimino also mentioned the need for an amended statement of financial affairs, and reported the debtor does not have a DIP account set up.  Mr. Sexton stated Mr. Cavenaugh is working on obtaining a DIP account with First Interstate Bank.

The parties agreed there was no need for a further case management conference. The court set the plan deadline for December 17, 2025.

Order to be prepared by:        _____ Clerk's Office        _____ Chambers        Other:  Mr. Sexton

Minute Order:

It is ordered, the plan must be filed by December 17, 2025.

*Teresa H. Pearson*
Teresa H. Pearson
U.S. Bankruptcy Judge